STATE OF NEW JERSEY, RESPONDENT, v. MARION
BECKERT, PETITIONER.

Decided February 7, 1949.

*Mr. James F. Patten,* for the petitioner.

*Mr. Jesse B. Leslie* and *Mr. George F. Losche,* for the respondent.

PER CURIAM. Certification is denied. The defendant could have taken an appeal from the judgment of the Appellate Division as a matter of right. Moreover, the application does not come within any of the reasons laid down in *Rule* 1:5–2 for granting certification.

*For denial:* Chief Justice VANDERBILT, and Justices CASE, HEHER, OLIPHANT, WACHENFELD, BURLING and ACKERSON—7.

*Opposed:* None.